435 A.2d 252

Commonwealth v. Custard, Appellant.

Submitted March 21, 1978. Harry W. Farmer, Jr., Assistant Public Defender, for appellant; James R. Freeman, Assistant District Attorney, for Commonwealth, appellee.

Before JACOBS, P. J., and CERCONE, HOFFMAN, PRICE, VAN der VOORT, SPAETH, HESTER and WATKINS, JJ.*

Judgment of sentence affirmed.

435 A.2d 252

Commonwealth v. DeCarlo, Appellant.

Submitted September 13, 1979. Nicholas A. Clemente, for appellant; John J. Burfete, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Judgment of sentence and order are affirmed.

* JACOBS, former P. J., did not participate in the consideration or decision of this case.